JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREKA OIL & GAS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, THE BOARD OF SUPERVISORS OF THE COUNTY OF SANTA BARBARA, and MICHAEL ZIMMER,<br><br>Defendants. | No.   CV 09–0457 PA (AJWx)<br><br>JUDGMENT |

In accordance with the Court's Order dismissing plaintiff Greka Oil & Gas, Inc.'s ("Plaintiff") complaint with prejudice, there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.   Plaintiff shall recover nothing from defendants County of Santa Barbara, The Board of Supervisors of the County of Santa Barbara, and Michael Zimmer ("Defendants");

2.   Defendants shall have judgment in their favor; and

3. Defendants shall recover their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: April 20, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE